**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

In the Matter of **Anders L. Odegaard**,
A Member of the Bar of the
United States District Court
For the District of North Dakota

Case No. 1:24-mc-001

**ORDER TO SHOW CAUSE**

The Minnesota Supreme Court has certified to this Court a copy of its Order entered on January 2, 2025, disbarring Anders L. Odegaard from the practice of law. Anders L. Odegaard is also a member of the Bar of the United States District Court for the District of North Dakota.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(2), that Anders L. Odegaard show cause within thirty (30) days from this date why he should not be disbarred from practice before this Court. A personal appearance and formal proceeding may be waived by the filing of an affidavit by Anders L. Odegaard consenting to be disbarred from practice before this Court.

Dated this 16th day of January, 2025.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court