**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

In the Matter of **Anders L. Odegaard**,
A Member of the Bar of the
United States District Court                              Case No. 1:25-mc-001
For the District of North Dakota

**DISBARMENT ORDER**

On January 16, 2025, the Court ordered that Anders J. Odegaard show cause why he should not be disbarred from the practice of law.  The same day, the Court's order was sent via registered U.S. Mail, return receipt requested, to the addresses on file for Mr. Odegard and to the correctional facility where Mr. Odegaard is incarcerated.  On January 27, 2025, the mail sent to his former law firm address was returned as undeliverable. See Doc. No. 4.  On February 4, 2025, Mr. Odegaard acknowledged receipt of the Court's order to show cause sent to the correctional facility, but Mr.Odegaard has failed to respond to the Court's order to show cause.  See Doc. No. 5.

**IT IS ORDERED** that, pursuant to D.N.D. Gen. R. 1.3(H)(3), Anders L. Odegaard is disbarred from the practice of law before this Court.

Dated this 21st day of January, 2025.

  /s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court