# Kari Knudson

| | |
|---|---|
| **From:** | noreply@salesforce.com on behalf of NLRDB <nlrdbinfo@americanbar.org> |
| **Sent:** | Friday, February 21, 2025 4:26 PM |
| **To:** | Kari Knudson |
| **Subject:** | Record Submitted |

CAUTION - EXTERNAL:

Dear Kari Knudson,

The following record has been entered into the ABA National Lawyer Regulatory Data Bank. Your record information is here:

CPR ID: E-0090071216
Lawyer: Anders Odegaard
Date Submitted: 2/21/2025

We will review and email you if we need additional information.

Thank You,
Annie Kuhlman
ABA
National Lawyer Regulatory Data Bank
NLRDBinfo@americanbar.org
(312) 988-5300
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.